RECEIVED
IN ALEXANDRIA, LA.

JUL 3 0 2013

TONY R. MOORE, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **PHILLIP STREET** | * | **CIVIL ACTION NO.   13-0271** |
| **VERSUS** | * | **JUDGE JAMES T. TRIMBLE, JR.** |
| **CAROLYN COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the instant complaint is hereby DISMISSED, without prejudice.

THUS DONE AND SIGNED in chambers, this 30th day of July, 2013, Alexandria, Louisiana.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE